```
 1 │ David D. Lawrence, Esq. [State Bar No. 123039]
   │ Christina M. Sprenger, Esq. [State Bar No. 205105]
 2 │ LAWRENCE BEACH ALLEN & CHOI
   │ A Professional Corporation
 3 │ 1600 North Broadway, Suite 1010
   │ Santa Ana, California 92706
 4 │ Telephone No. (714) 479-0180
   │ Facsimile No. (714) 479-0181
 5 │ E-Mail: csprenger@lbaclaw.com
 6 │ Attorneys for Defendants,
   │ ANGELICA DINH, LISA LORRAINE SAMSEL,
 7 │ REBECCA MICHEL-APPEL ANDRADE, and RAYMOND ULMER
 8 │
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA DANIELLE MUNOZ, | Case No. SACV 05-1179 JVS(ANx) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| ~~COUNTY OF ORANGE~~, ANGELICA DINH, LISA LORRAINE SAMSEL, MERRY LYNN HUDSON, REBECCA MICHEL-APPEL ANDRADE, ~~DARIN TAYLOR~~, ~~DAVID HERNANDEZ~~, TANYA REED, RAYMOND ULMER and ~~JOHN W. STANLEY~~. | |
| Defendants. | **MATTER FOR DETERMINATION BY THE HONORABLE JAMES V. SELNA** |

**TO THE UNITED STATES DISTRICT COURT, PLAINTIFF, AND TO HER ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, LIZA MUNOZ and Defendants, ANGELICA DINH, LISA LORRAINE SAMSEL, REBECCA MICHEL-APPEL ANDRADE, and RAYMOND ULMER have settled the above-entitled matter.

Counsel for the parties require at least forty-five (45) days to obtain approval of all settlement documents.

1 | The parties will file a Stipulation re Dismissal within the
2 | next sixty (60) days, and request that the Court not take any
3 | action regarding entry of judgment in the interim.

                                    Respectfully submitted,

DATED: July 7, 2008        LAWRENCE BEACH ALLEN & CHOI, PC

                                    By_____
                                    DAVID D. LAWRENCE
                                    CHRISTINA M. SPRENGER
                                    Attorneys for Defendants

PROOF OF SERVICE

**STATE OF CALIFORNIA; COUNTY OF ORANGE**

I, Terri Hopkins, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1600 North Broadway, Suite 1010, Santa Ana, California 92706.

On July 7, 2008, I served the foregoing **NOTICE OF SETTLEMENT** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Jerry L. Steering, Esq.
LAW OFFICE OF JERRY L. STEERING
4063 Birch Street
Suite 100
Newport Beach, CA 92660
Telephone:   (949) 474-1849
Facsimile:   (949) 474-1883

_X_   BY MAIL:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Orange, California, in the ordinary course of business.

___   BY FEDERAL EXPRESS
I caused such envelope to be delivered via Federal Express to the offices of the address(es) listed above.

___   BY PERSONAL SERVICE

   ___   I hand delivered such envelope by hand to the addressee(s) listed above.

_X_   (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 7, 2008, at Santa Ana, California.

_/s/ Terri Hopkins_<br>Declarant